**No. 50835.**—Protests 992525-G, etc., of Strauss-Eckardt Co., Inc. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of bonbon dishes similar in all material respects to those the subject of *United States* v. *Butler Bros.* (33 C. C. P. A., 22 C. A. D. 310). In accordance therewith the merchandise was held properly dutiable at 70 percent under paragraph 212 without the additional assessment of 10 cents per dozen pieces.

**No. 50836.**—Protest 117548-K of Standard Oil Co. of N. J. (New York).

Opinion by KEEFE, J. At the trial the Government offered in evidence the collector's memorandum and the report of the assistant surveyor. It was stipulated that the facts stated in the surveyor's report, insofar as applicable to the correct number of gallons, as stated in the collector's memorandum, to wit, 98,355, are correct. In accordance therewith it was held that the assessment of internal revenue tax should be made upon the basis of 98,355 gallons rather than 122,489 gallons. The protest was sustained to this extent.

**No. 50837.**—Protest 119627-K of W. J. Byrnes Co. of N. Y., Inc. (New York).

Opinion by KEEFE, J. An examination of the record disclosing nothing of evidential value sufficient to overcome the action of the collector, which was presumptively correct, the protest was overruled.

**No. 50838.**—Protest 120266-K of Davies, Turner & Co. (New York).

Opinion by KEEFE, J. An examination of the record failing to find anything sufficient to overcome the action of the collector, which was presumptively correct, the protest was overruled.

**No. 50839.**—Protest 120305-K of P. Lorillard Co., Inc. (New York).

Opinion by KEEFE, J. An examination of the record failing to find anything sufficient to overcome the action of the collector, which was presumptively correct, the protest was overruled.

**No. 50840.**—Protest 119435-K of Semca Co. (New York).

Opinion by KEEFE, J. An examination of the record failing to find anything sufficient to overcome the action of the collector, which was presumptively correct, the protest was overruled.

**No. 50841.**—Protests 936226-G, etc., of A. Newberg, Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and following *Schmidt* v. *United States* (9 Cust. Ct. 188, C. D. 690), the merchandise in question was held not subject to countervailing duty as claimed.